UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL RAY PITTS,

          Plaintiff,

v.

STATE OF WASHINGTON, et al.,

          Defendants.

Case No. C18-526-RSL

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.

(3)    The Clerk is directed to send copies of this Order to plaintiff and Judge Donohue.

Dated this 19th day of July, 2018.

ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1