UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL RAY PITTS,

        Plaintiff,

   v.

STATE OF WASHINGTON, et al.,

        Respondents.

Case No. C18-0526RSL

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

   (1)    The Court ADOPTS the Report and Recommendation;

   (2)    Plaintiff's amended complaint is DISMISSED with prejudice. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g); and

   (3)    The Clerk is directed to send copies of this Order to the parties.

Dated this 30th day of December, 2020.

*MS Lasnik* (signature)
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1